**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CRIMINAL NO. 98-30038-GPM |
| | ) |
| **ALVINA RILEY SHEELEY,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

**MURPHY, District Judge:**

  This matter is before the Court on the recommendation of Alvina Riley Sheeley's Probation Officer in the United States Probation Office for the Eastern District of California that Ms. Sheeley be discharged from all of her supervision requirements as set forth in the Social Work Discharge Plan and this Court's Orders. In his recommendation dated April 17, 2008, the Probation Officer states: "At this juncture, this officer has **no** more reservations about recommending Ms. Sheeley be discharged from her supervision" (emphasis added).

  The recommendation of the Probation Office is **GRANTED**, and Ms. Sheeley's supervision is **DISCHARGED**. The Clerk of Court is **DIRECTED** to forward a copy of this Order to the United States Probation Offices for the Southern District of Illinois and the Eastern District of California. Counsel of record should receive their copies electronically.

  **IT IS SO ORDERED.**

  DATED: 04/28/2008

s/ G. Patrick Murphy<br>
G. Patrick Murphy<br>
United States District Judge